427 A.2d 1221

Commonwealth v. Strohl, Appellant.

* Judge Donald E. Wieand is sitting by special designation.

* Judge Donald E. Wieand is sitting by special designation.

624

 Submitted June 29, 1979.
Terance L. Faul, for appellant; John E. Gallagher, District
Attorney, for Commonwealth, appellee.

Before PRICE, GATES and DOWLING, JJ.*

AND NOW, to-wit, this 18th day of April, 1980, this
record is remanded to the Court of Common Pleas of Nor-
thampton County for the appointment of new PCHA coun-
sel, other than a public defender, who will not have a
conflict in such representation and who will immediately
undertake to represent appellant as to the question raised on
this appeal claiming ineffective assistance of counsel.